IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DONALD RAY PALMER,<br><br>    Petitioner,<br><br>vs.<br><br>CHARLES L. RYAN; et al.,<br><br>    Respondents. | No. CV 11-199 TUC AWT (DTF)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

    Petitioner Donald Ray Palmer, presently incarcerated in Florence, Arizona, brings this *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Doc. 1. The Court referred the matter to United States Magistrate Judge D. Thomas Ferraro for pretrial proceedings and a report and recommendation ("R&R"). Doc. 26.

    Magistrate Judge Ferraro issued his R&R on May 27, 2014, recommending that the Court deny and dismiss Palmer's petition. Doc. 31. Palmer filed objections to the R&R on June 13, 2014. Doc. 32.

    Having made an independent review of the record, the Court adopts the findings of Magistrate Judge Ferraro, as set out in his R&R. Accordingly,

    **IT IS ORDERED:**

1.   The Magistrate Judge's Report and Recommendation of May 27, 2014 (Doc. 31) is ADOPTED.

2.   Petitioner Donald Ray Palmer's petition for writ of habeas corpus (Doc. 1) is DENIED.

3.   Judgment shall be entered consistent herewith, and the Clerk is directed to close this case.

DATED: this 31st day of July, 2014

_____
A. Wallace Tashima
United States Circuit Judge
Sitting by Designation